08CV311

CLOSED

# U.S. District Court
## Eastern District of New York (Central Islip)
### CIVIL DOCKET FOR CASE #: 2:07-cv-05127-LDW-AKT
### Internal Use Only

Hibbins v. Merck & Co., Inc.
Assigned to: Senior Judge Leonard D. Wexler
Referred to: Magistrate Judge A. Kathleen Tomlinson
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 12/10/2007
Date Terminated: 01/18/2008
Jury Demand: Both
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Carol A. Hibbins**      represented by    **David B. Rheingold**
Rheingold, Valet, Rheingold, Shkolnik
& McCartney LLP
113 East 37th Street
New York, NY 10016
212-684-1880
Fax: 212-689-8156
Email: DRheingold@Rheingoldlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



V.

**Defendant**

**Merck & Co., Inc.**      represented by    **Vilia B. Hayes**
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6839
Fax: 212-299-6839
Email: hayes@hugheshubbard.com
*ATTORNEY TO BE NOTICED*

**William Joseph Beausoleil**
Hughes Hubbard & Reed LLp
One Battery Park Plaza
New York, NY 10004
212-837-6643
Fax: 212-299-6643
Email: beausole@hugheshubbard.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/10/2007 | 1 | COMPLAINT *(rec. #346872)* against Merck & Co., Inc. $ 350, filed by Carol A. Hibbins. (Attachments: # 1 Civil Cover Sheet) (Rodecker, John) (Entered: 12/11/2007) |
| 12/10/2007 |  | Summons Issued as to Merck & Co., Inc.. (Rodecker, John) (Entered: 12/11/2007) |
| 12/12/2007 |  | Case Ineligible for Arbitration (Bollbach, Jean) (Entered: 12/12/2007) |
| 12/27/2007 | 2 | AFFIDAVIT of Service for Summons and Complaint served on Joan Dearborn-Managing Agent on December 12, 2007, filed by Carol A. Hibbins. (Rheingold, David) (Entered: 12/27/2007) |
| 01/03/2008 | 3 | ANSWER to 1 Complaint *with Affirmative Defenses and Demand for Jury Trial* by Merck & Co., Inc.. (Attachments: # 1 Certificate of Service via First Class Mail on January 2, 2008) (Hayes, Vilia) (Entered: 01/03/2008) |
| 01/03/2008 | 4 | Corporate Disclosure Statement by Merck & Co., Inc. (Hayes, Vilia) (Entered: 01/03/2008) |
| 01/04/2008 | 5 | NOTICE of Appearance by William Joseph Beausoleil on behalf of Merck & Co., Inc. (aty to be noticed) (Attachments: # 1 Affidavit /Certificate of Service) (Beausoleil, William) (Entered: 01/04/2008) |
| 01/10/2008 | 6 | SCHEDULING ORDER: Initial conference set for February 11, 2008. No later than two (2) business days before the discovery planning conference, the parties must submit, by means of electronic filing on the court's ECF (Electronic Case Filing) system, a joint proposed discovery plan. SEE ATTACHED ORDER. Ordered by Magistrate Judge A. Kathleen Tomlinson on 01/10/08. (Monaco, Laura) (Entered: 01/10/2008) |
| 01/15/2008 | 7 | Letter from Fanisha Spinner, Deputy Clerk, JPMDL, to J. Michael McMahon, Clerk, SDNY dated 1/8/08 re: enclosing a cert. copy of a CTO filed by the JPMDL on 12/21/07. The Panel's governing statute, 28 USC, Section 1407, requires that the transferee Clerk "transmit a cert. copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred. MDL No. 1789 - In RE: Fosamax Products Liability Litigation. (Mahon, Cinthia) (Entered: 02/01/2008) |
| 01/18/2008 | 8 | Letter from MDL Unit, Clerk's Office, SDNY, to Clerk, EDNY, dated 1/14/08 re: enclosing a cert. copy of the order of the JPMDL transferring this action to the SDNY and assigning Judge Keenan for coordinated or consolidated pretrial processing pursuant to 28 USC 1407. In Re: Fosamax Products Liability Litigation MDL No. 1789 SDNY Case # assigned: 08cv311 (Mahon, Cinthia) (Entered: 02/01/2008) |
| 01/18/2008 | 9 | Cert. Copy of CONDITIONAL TRANSFER ORDER (CTO-43) filed directing that this matter be transferred to the SDNY for the reasons stated in the order of 8/16/06, and with the consent of that court, assigned |

| | | to the Hon. John F. Keenan. Case transferred to the Southern District of New York (SDNY Case No. 08cv311 - Keenan). A certified copy of the docket sheet and the transfer letter sent by cert. mail, RRR, # 7005 1820 0004 0257 1747. All EDNY documents have been electronically filed and can be downloaded from our docket sheet. (Mahon, Cinthia) (Entered: 02/01/2008) |
|---|---|---|

A TRUE COPY
ATTEST
DATED Feb. 1 20 07
ROBERT C. HEINEMANN
BY C. P. Mahon CLERK
DEPUTY CLERK