UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

.........................................................

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

...........................................................

MASTER FILE

1:06-MD-1789 (JFK)

## ORDER FOR ADMISSION PRO HAC VICE

Considering the Certificate of Good Standing and all other documents required by Case

Management Order No. 5 submitted by counsel, IT IS HEREBY ORDERED that:

    Applicant's Name:  Dana Petersen Moore

    Firm Name:  Venable, LLP

    Address:  750 E. Pratt Street, Suite 900

    City/State/Zip:  Baltimore, Maryland 21202

    Telephone/Fax:  (410) 244-7799 / (410) 244-7742

    Email Address:  dpmoore2@venable.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-2-08

is admitted to practice pro hac vice as counsel for Merck & Co., Inc. in the above captioned case

in the United States District Court for the Southern District of New York.

Dated: ~~August~~ September 2, 2008

    New York, New York

_____
United States District Judge



# Certificate of Good Standing

### UNITED STATES OF AMERICA

### DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

**DO HEREBY CERTIFY that DANA PETERSEN MOORE, ESQ.,**

**BAR NUMBER 03632,** was duly admitted to practice in the United States District Court for the District of Maryland on DECEMBER 9, 1983, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

**FELICIA C. CANNON**
**Clerk**

Date: August 19, 2008

*Catherine M.N. Scaffidi*

Catherine Scaffidi - Deputy Clerk